IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:22-CR-22 (MTT) |
| | ) |
| JOSE JUAREZ-RICO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The defendant, by and through his counsel, has moved to continue this case until the next trial term. Doc. 19. The defendant was indicted on April 13, 2022, and had his arraignment in this Court on April 28, 2022. Docs. 1; 10. No prior continuances have been granted. The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to provide additional time for the defendant to receive and review discovery. Doc. 19 at 1. The Court has confirmed the government is not opposed to the motion.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 19) is **GRANTED**. The case is continued from the May term until the Court's trial term presently scheduled for **July 18, 2022**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 5th day of May, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT